IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALEXANDRA MIKAELA LAIRD,

    Plaintiff,

v.                                                                                                                  No. 18-cv-0301 SMV

NANCY A. BERRYHILL,
Acting Commissioner of the Social Security,

    Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Motion for Order Granting Application to Proceed in Forma Pauperis and Directing Service [Doc. 2] ("Motion"), filed on April 2, 2018. Plaintiff requests that she be permitted to proceed in accordance with 28 U.S.C. § 1915, to file her Complaint without paying the filing fee, and that the Court direct the United States Marshals Service to serve Defendant. [Doc. 2]. The Court will GRANT the Motion.

**IT THEREFORE ORDERED** that Plaintiff's Motion for Order Granting Application to Proceed in Forma Pauperis and Directing Service [Doc. 2] is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

                                                                                        _____
                                                                                        **STEPHAN M. VIDMAR**
                                                                                       **United States Magistrate Judge**